Argued January 4, affirmed February 9, 1966

# ESTATE OF RUTH B. LACKEY *v.* STATE TAX COMMISSION
### 411 P. 2d 78

*Rupert E. Park,* Redmond, argued the cause for appellant. With him on the briefs were Dennis L. Marvin and Gale K. Powell, Bend.

*Theodore W. de Looze,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief was Robert Y. Thornton, Attorney General, Salem.

Before McAllister, Chief Justice, and Perry, Sloan, Goodwin, Denecke, Holman and Schwab, Justices.

PER CURIAM.

This is an appeal from the Oregon Tax Court. The Tax Court quashed the service of the complaint upon defendant and the plaintiff has appealed.

After full consideration of the contentions of the plaintiff, we are of the opinion that the judgment of the Tax Court as set out in its opinion, 2 OTC Adv Sh 95 (1965), should be affirmed.

Affirmed.